December 17, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

THE CITY OF ANAHUAC, Appellant

NO. 14-15-00283-CV                    V.

C. WAYNE MORRIS, Appellee

_____

This cause, an appeal from the declaratory judgment in favor of appellee, C. Wayne Morris, signed March 2, 2015, was heard on the transcript of the record. We have inspected the record and find error in the declaratory judgment. We therefore **MODIFY** the declaratory judgment of the court below as follows:

1. We delete the sentence that reads, "It is therefore ordered and declared that the language 'Zone 3 or better specifications' of section 152.15 of Chapter 152, Mobile Homes, Manufactured Homes of the Municipal Ordinance Code of the City of Anahuac, Texas is invalid, illegal, and unconstitutional."

2. We replace the deleted sentence with this declaration: "It is therefore ordered and declared that section 152.15 of Chapter 152, Mobile Homes, Manufactured Homes of the Municipal Ordinance Code of the City of Anahuac, Texas, is preempted and unenforceable to the extent it conflicts with Section 1201.256(c) of the Texas Occupations Code, which provides that a manufactured home constructed before September 1, 1997, may be installed in a Wind Zone I or II county without restriction."

We order the declaratory judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellant, the City of Anahuac, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.